United States District Court
Southern District of Texas

**ENTERED**

August 07, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUCIANO NATHANAEL CONTRERAS-CASTRO, | § § § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04025 |
| TODD BLANCHE, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Motion to Dismiss the Petition for Writ of Habeas Corpus (the "Motion to Dismiss") filed on August 6, 2026.  Doc. #9.

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED WITHOUT PREJUDICE.  The Clerk is DIRECTED to close this case.

It is so ORDERED.

AUG 0 7 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge